**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION (JEFFERSON CITY)**

| | | |
|---|---|---|
| Tonisha Bivens, Individually and on Behalf of All Others, | ) ) ) | Case No. _____ |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| The Service Companies, Inc., d/b/a Acrobat Outsourcing, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant, The Service Companies, Inc. ("TSC"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of its removal of this action from the Circuit Court of Cole County, Missouri, Case No. 17AC-CC00593, to the United States District Court for the Western District of Missouri, Central Division.

This Court has jurisdiction over the claim in this action pursuant to 28 U.S.C. § 1331, because a federal question appears on the face of the initial pleading filed by Plaintiff Tonisha Bivens ("Plaintiff"). *See Humphrey v. Sequentia, Inc.*, 58 F.3d 1238, 1242 (8th Cir. 1995) ("The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint[.]") (citation omitted).

In support of its Notice of Removal, TSC states as follows:

1. On or about November 28, 2017, Plaintiff commenced this action against TSC by filing a petition (the "Petition") in the Circuit Court of Cole County, Missouri, under Case No. 17AC-CC00593 (the "State Court Action"). The State Court Action

remains pending in the Circuit Court of Cole County, and to date TSC has not appeared in it.

2. Plaintiff's Petition purports to allege the following cause of action against TSC: violation of the Fair Credit Reporting Act ("FCRA"), as codified at 15 U.S.C. § 1681 *et seq.* (*See* Petition, attached hereto as Exhibit A). Plaintiff alleges that as a result of such FCRA violations, Plaintiff is entitled to an award of statutory damages in the principal amount of not less than $100 and not more than $1,000 for each and every one of these violations. (*Id.*).

3. TSC denies any and all liability to Plaintiff and further denies that Plaintiff is entitled to any relief whatsoever.

4. This Court has original jurisdiction over the State Court Action because the lawsuit is a civil action arising under the laws of the United States as required by 28 U.S.C. § 1331.

5. TSC was served with the initial pleading in this case, the Petition, on December 1, 2017.

6. The removal of this action to this Court is timely under 28 U.S.C. § 1446(b), because this Notice of Removal is filed within thirty (30) days after December 1, 2017, which is the date TSC first received the Petition in the State Court Action. TSC has not waived its right to remove the State Court Action.

7. The United States District Court for the Western District of Missouri, Central Division, is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a), because it is the federal district court that embraces the place where the original action was filed and is pending. *See* 28 U.S.C. § 105(b).

28600925v1

8.    Plaintiff alleges her claim under the FCRA, a federal statute. (*See* Petition.) Therefore, federal question jurisdiction exists over Plaintiff's claim under 28 U.S.C. § 1331.

9.    Because Plaintiff's FCRA claim arises under the laws of the United States, removal of this cause of action is appropriate under 28 U.S.C. § 1441.

10.    If any question arises as to the propriety of the removal of this action, TSC respectfully requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

11.    TSC's removal of this action is without prejudice to any of its potential defenses or counterclaims, including, but not limited to, TSC's defense that the Petition fails to state a claim upon which relief may be granted.

12.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal has been served upon Plaintiff and is being filed with the Circuit Court of Cole County Missouri.

13.    Pursuant to 28 U.S.C. § 1446(a), TSC attaches hereto the following exhibits, which are all true and correct copies and include all process, pleadings, orders, and other papers that have been served in this action:

   a.   Exhibit A: Petition; and

   b.   Exhibit B: The other publicly-available State Court Action filings.

WHEREFORE, TSC respectfully requests that this Court assume jurisdiction over this action from the Circuit Court of Cole County Missouri, and that this action proceed as removed to this Court.

28600925v1

Dated: December 28, 2017                    LATHROP GAGE LLP


                                            By:    *s/ Brian C. Fries*
                                                   Brian C. Fries (40830)
                                                   BFries@LathropGage.com
                                                   Darin P. Shreves (64153)
                                                   DShreves@LathropGage.com
                                                   2345 Grand Boulevard, Suite 2200
                                                   Kansas City, Missouri 64108-2618
                                                   Telephone:   816.292.2000
                                                   Telecopier:  816.292.2001

                                                   Attorneys for Defendant
                                                   The Service Companies, Inc., d/b/a
                                                   Acrobat Outsourcing



                          **CERTIFICATE OF SERVICE**

        I hereby certify that on December 28, 2017, a copy of the above pleading was
served via the Court's electronic system and by first class United States mail, postage
prepaid, on the following counsel of record:

        Charles Jason Brown, Esq.
        Jayson A. Watkins, Esq.
        Brown & Watkins LLC
        301 S. US 169 Hwy
        Gower, Missouri 64454
        Tel: 816-505-4529
        Fax: 816-424-1337
        brown@brownandwatkins.com
        watkins@brownandwatkins.com

        ATTORNEYS FOR PLAINTIFF


                                             */s/ Brian C. Fries*
                                            An attorney for Defendant

28600925v1